# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

(1) Jaenean Johnson,

       Plaintiff,

vs.                                       Case Number:     CV 12-033-JHP

(1) BP Corporation North America, Inc.,
(2) Fidelity Investment Corporation;
(3) Metropolitan Life Insurance Company,
d/b/a Metlife; (4) Kristy A. McKellar; (5)
Megan L. McKellar; (6) Sarah J. McKellar;
(7) Elizabeth J. McKellar,

       Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Fidelity Workplace Services LLC

who is a (check one)       PLAINTIFF     X  DEFENDANT       in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)       YES       X  NO

2. **Does party have any parent corporations?**

   (Check one)     X  YES         NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   FMR LLC

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)       YES       X  NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

      (Check one)    YES    X  NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

      (Check one)    YES    X  NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 27th day of January, 2012

/s/Jimmy Goodman
Signature

Jimmy Goodman    3451
Printed Name    Bar Number

Crowe & Dunlevy, P.C.
Firm Name

20 N. Broadway, Suite 1800
Address

Oklahoma City    OK    73132
City    State    ZIP

405-235-7717    405-272-5272
Phone    Fax

jimmy.goodman@crowedunlevy.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Renee DeMoss
    Pat Layden

I hereby certify that on January 27, 2012, I served the same document by U.S. Postal Service on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):    Monte Brown
    P. O. Box 1542
    McAlester, OK  74502

/s/ Jimmy Goodman
Signature